UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

       Plaintiff,

vs.                              Case No. 74-CR-82906-DT

SHERMAN CLARK,

       Defendant.

_____/

## ORDER FOR RESPONSE

On November 21, 2011, Defendant Sherman Clark Boyd filed a "Motion to Vacate, Set Aside or Correct Sentence".

Government's response is to be filed by **February 3, 2012.** Defendant's reply, if any is to be filed by **February 24, 2012.**

                                    S/Robert H. Cleland
                                    ROBERT H. CLELAND
                                    UNITED STATES DISTRICT JUDGE

Dated: December 29, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, December 29, 2011, by electronic and/or ordinary mail.

                                    S/Lisa Wagner
                                    Case Manager and Deputy Clerk
                                    (313) 234-5522