**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    Criminal Case No. 74-82906
    Civil Case No. 11-15179

SHERMAN CLARK,

    Defendant.
                                      /

**ORDER CLOSING CASE IN LIEU OF JUDGMENT**

In accordance with the court's "Opinion and Order Denying Defendant's 'Motion to Vacate Sentence Under 28 U.S.C. § 2255' and Declining to Issue a Certificate of Appealability,"

IT IS ORDERED that the Clerk of the Court close this case.[1]

                                      s/Robert H. Cleland
                                      ROBERT H. CLELAND
                                      UNITED STATES DISTRICT JUDGE

Dated: March 15, 2012


I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, March 15, 2012, by electronic and/or ordinary mail.

                                      s/Lisa G. Wagner
                                      Case Manager and Deputy Clerk
                                      (313) 234-5522

---

[1] The Federal Rules of Civil Procedure require that "[e]very judgment and amended judgment must be set out in a separate document." Fed. R. Civ. P. 58(a). This order constitutes such a separate document, and no other "judgment" will be filed.